

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2018

No. 04-18-00440-CR

Ronald **GUILLORY**, **JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 1991CR4522
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant filed a notice of appeal in which he provides he is appealing an order signed on May 4, 1992. The clerk's record contains an order altering and amending the conditions of probation signed on September 3, 1992. This court does not have jurisdiction to consider an appeal from an order altering or modifying community supervision conditions. *Davis v. State,* 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision."); *Basaldua v. State,* 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State,* 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.).

In addition, the notice of appeal—filed on June 25, 2018—is untimely. *See* TEX. R. APP. P. 26.2(a). Absent a timely notice of appeal, this court lacks jurisdiction over the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

It is therefore ORDERED that appellant show cause why this appeal should not be dismissed for want of jurisdiction by August 13, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2018.



Keith E. Hottle
Clerk of Court